IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION



UNITED STATES OF AMERICA

V.     CRIMINAL NO. 5:05cr6 DCB JCS

RONALD WAYNE SHUGART and
ANNETTE M PIERCE

### ORDER

This matter is before the Court on the ore tenus motion of the Government to substitute a color photograph of Government Exhibit-9 in the record of this case in lieu of the actual knife which was received into evidence as G-12 and the Court, having a policy of substituting photographs in the record for dangerous objects or objects of value, finds that this motion is meritorious and accordingly it is hereby ordered that a photograph shall be substituted for G-12 in the above styled case.

SO ORDERED, this the ___ day of February, 2006.

_____
UNITED STATES DISTRICT JUDGE